MAUMEE VALLEY ELECTRIC CO. v. TOLEDO, ST. L. & W. R. CO. (Circuit Court of Appeals, Sixth Circuit. November 15, 1917.) No. 2997. Appeal from the District Court of the United States for the Northern District of Ohio, in Equity. Eugene Rheinfrank, of Toledo, Ohio, for appellant. Clarence Brown and Chas. A. Schmettau, both of Toledo, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

MEDINA v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 10, 1918.) No. 5090. In Error to the District Court of the United States for the District of New Mexico. S. Burkhart, U. S. Atty., of Albuquerque, N. M.

PER CURIAM. Cause docketed and writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

NEBRASKA POTASH WORKS CO. v. POTASH PRODUCTS CO. (Circuit Court of Appeals, Eighth Circuit. December 6, 1917.) No. 5039. In Error to the District Court of the United States for the District of Nebraska. William V. Hodges, of Denver, Colo., and Leroy J. Williams, of Central City, Colo., for plaintiff in error. F. H. Gaines, of Omaha, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

POTASH PRODUCTS CO. v. NEBRASKA POTASH WORKS CO. (Circuit Court of Appeals, Eighth Circuit. December 6, 1917.) No. 5040. In Error to the District Court of the United States for the District of Nebraska. F. H. Gaines, of Omaha, Neb., for plaintiff in error. William V. Hodges, of Denver, Colo., and Leroy J. Williams, of Central City, Colo., for defendant in error.

PER CURIAM. Writ of error dismissed without costs to either party in this court, per stipulation of parties.

---

ROSSO v. ALASKA PACKERS' ASS'N. (Circuit Court of Appeals, Ninth Circuit. February 28, 1918.) No. 3025. Appeal from the District Court of the United States for the First Division of the Northern District of California. H. W. Hutton, of San Francisco, Cal., for appellant. Chickering & Gregory, of San Francisco, Cal., for appellee.

PER CURIAM. Appeal dismissed for the noncompliance by appellant with provisions of rules 23 and 24 of the Rules of Practice of this court (231 Fed. v, vi, 144 C. C. A. v, vi).